IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MATTHEW GOMBERG | : | CIVIL ACTION |
| | : | |
| v. | : | NO.  24-4750 |
| | : | |
| HERSHA HOSPITALITY, LLC | : | |

# ORDER

AND NOW, this 17th day of March 2025, upon considering plaintiff's notice of voluntary dismissal (DI 13), it is **ORDERED**:

1.   This action is **DISMISSED without prejudice** under Federal Rule of Civil Procedure 41(a)(1)(A)(i).

2.   The Clerk of Court shall **close** this case.

_____
MURPHY, J.